| | |
|---|---|
| 1 | LEE M. GORDON (SBN 174168) |
| | ELAINE T. BYSZEWSKI (SBN 222304) |
| 2 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 700 South Flower St., Suite 2940 |
| 3 | Los Angeles, CA 90017-4101 |
| | Telephone: (213) 330-7150 |
| 4 | Facsimile: (213) 330-7152 |
| | -and- |
| 5 | STEVEN W. BERMAN |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 6 | 3101 Fifth Avenue, Suite 2900 |
| | Seattle, WA 98101 |
| 7 | Telephone: (206) 623-7292 |
| 8 | THOMAS M. SOBOL |
| | GREGORY H. MATTHEWS |
| 9 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | One Main Street, Fourth Floor |
| 10 | Cambridge, MA 02142 |
| | Telephone: (617) 482-3700 |

RECEIVED
06 MAY 11 PM 1:49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
MAY 15 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Attorneys for Plaintiff and Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SALES COMPANY, INC., a Delaware corporation, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ALZA CORPORATION, a Delaware corporation, and JOHNSON & JOHNSON, a New Jersey corporation, <br><br> Defendants. | Case No. C 06-02937 JCS <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY GREGORY H. MATTHEWS *PRO HAC VICE* |

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*

|   |   |
|---|---|
| 1 | Gregory H. Matthews, an active member in good standing of the Massachusetts State Bar |
| 2 | and the Massachusetts Supreme Court, whose business address and telephone number is One Main |
| 3 | Street, 4th Floor, Cambridge, MA 02142, (617) 482-3700, having applied in the above-entitled |
| 4 | action for admission to practice in the Northern District of California on a *pro hac vice* basis, |
| 5 | representing Plaintiff American Sales Company, Inc., |
| 6 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and |
| 7 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac* |
| 8 | *vice*. Service of papers upon and communication with co-counsel designated in the application will |
| 9 | constitute notice to the party. All future filings in this action are subject to the requirements |
| 10 | contained in General Order No. 45, *Electronic Case Filing*. |

DATED: **MAY 1 5** 2006

_____
UNITED STATES JUDGE

-1-
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*