IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: DITROPAN XL ANTITRUST LITIGATION

CASE NO. M:06-CV-01761-JSW

MDL No. 1761

This Order Relates to:

ALL CASES

**ORDER OF DISMISSAL RE DIRECT PURCHASER'S ACTION**

_____/

On October 11, 2007, this Court issued an order dismissing American Sales Company's ("ASC") second amended class action complaint. The Court dismissed ASC's complaint against Ortho-McNeil Pharmaceutical, Inc. with prejudice, but provided ASC leave to amend to plead facts to show it could bring an antitrust claim against Alza Corporation, a non-direct seller. The Court provided ASC twenty-one days to file an amended complaint and advised ASC that if it failed to file an amended complaint within this deadline, its action shall be

///
///
///
///
///

dismissed. The twenty-one deadline has expired and to date, ASC has not filed an amended complaint. Therefore, the Court HEREBY DISMISSES ASC's action.

**IT IS SO ORDERED.**

Dated: November 14, 2007

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE